UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    CASE NO.: 10-24771-BKC-RAM
                                                                          Chapter 7
**ROBERTO ROGELIO MORALES**
SS #XXX-XX-6726
**ANA NIEVES BARROSO**
XXX-XX-6724
_____ Debtor(s). _____/

### NOTICE OF DEPOSIT OF FUNDS WITH THE
### U.S. BANKRUPTCY COURT CLERK

Notice is given that:

( )    The trustee has a balance of $_____ remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§726, 1226 or 1326 in a case under chapter 7, 12 or 13. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(X)    The trustee has a balance of $__5.41_____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010; or

( )    the disbursing agent in a chapter 11 liquidating plan has $_____ in funds unclaimed 120 calendar days after the final distribution under the plan. The disbursing agent has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: August 2, 2011                          /s/ Joel L. Tabas
                                              Joel L. Tabas
                                              Chapter 7 Trustee
                                              One Flagler Building
                                              14 Northeast First Ave., Penthouse
                                              Miami, FL 33132
                                              Telephone: (305) 375-8171
                                              Telefax: (305) 381-7708

Date: 08/02/11

Page: 1

# DIVIDENDS REMITTED TO THE COURT
Check Number 120 Dated 08/02/11
Case Number 10-24771 - MORALES, ROBERTO

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | 000010 | 122.04 | 0.98 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 000013 | 549.19 | 4.43 |
| ---------- Remittance Total --------------- | | 671.23 | 5.41 |

COURT1

Printed: 08/02/11 11:23 AM    Ver: 16.02b